Melanie J. Vartabedian (SBN 278181)
vartabedianm@ballardspahr.com
**BALLARD SPAHR LLP**
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: 801.531.3000
Facsimile: 801.531.3001

Susan N. Nikdel (SBN 317921)
nikdels@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendants VIVINT SOLAR, INC. and VIVINT SOLAR DEVELOPER, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET HICKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT SOLAR, INC., a Delaware corporation; and VIVINT SOLAR DEVELOPER, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendants. | CASE NO. CV 21-2232-GW-JC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

Pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 26, 2021

_____
HON. GEORGE H. WU,
United States District Judge